# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994


#1109 1096
$1376.61

December 14, 2010


FILED
DEC 16 2010
BANKRUPTCY COURT
BUFFALO, NY

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: GAWINSKI, JODY /Case # 03-17165
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $1,376.61. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

__X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s)

| Claimant | Amount $ | Claim Register # |
|---|---|---|
| Adelphia | 51.15 | 9 |
| Avon Products, Inc. | 317.04 | 12 |
| AXSYS National Bank | 170.79 | 13 |
| BMG Music Services | 10.23 | 14 |
| BMG Visa | 10.23 | 15 |
| Columbia House Music | 25.57 | 20 |
| Cross Country VS | 358.98 | 23 |
| Monogram Credit Bank of Georgia | 354.89 | 31 |
| One Spirit | 25.57 | 33 |
| Proactive Solutions | 25.57 | 34 |
| QPB | 16.36 | 35 |

Claimant  Reader Service          Amount $ _____ 10.23 Claim Register # ___36___

_____
JOHN H. RING, III
Trustee